United States District Court
Southern District of Texas
**ENTERED**
May 20, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| MAMADOU BAILO DIALLO, <br> Petitioner, | § § § | |
| v. | § § | Civil Action No. 1:19-cv-00216 |
| MICHAEL J. PITTS, et al., <br> Respondents. | § § § | |

## ORDER

Before the Court is the parties' "Joint Status Update" (Docket No. 52), wherein they inform the Court that Mamadou Bailo Diallo ("Petitioner") has been released and is no longer detained by Respondents. Accordingly, the following pleadings are **DENIED AS MOOT**:

- Docket No. 37: "Petitioner's Application for a Temporary Restraining Order"
- Docket No. 50: "Respondents' Opposed Motion for Leave of Court to File a Declaration in Response to Petitioner's Supplemental Reply to Respondents' Supplemental Declaration"

The District Clerk's Office is **ORDERED** to close this case

Signed on this 20th day of May, 2020.

Rolando Olvera
United States District Judge